*12.12.25*

VL/CM: USAO 2025R00652

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. *BAH-25-387* |
| v. | (Assaulting, Resisting, or Impeding Certain Officers or Employees, 18 U.S.C. § 111(a)(1)) |
| ELMER CIRILO ORTIZ-BERDUO, ANDERSON JOSUE MARTINEZ-MONTENEGRO, | |
| Defendants. | |

USDC- BALTIMORE
'25 DEC 16 PM12:34

### INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

On or about November 29, 2025, in the District of Maryland, the defendants,

**ELMER CIRILO ORTIZ-BERDUO, and**
**ANDERSON JOSUE MARTINEZ-MONTENEGRO,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated

in 18 U.S.C. § 1114, to wit: C.T., D.G., C.H., and N.A., Deportation Officers with United States

Immigration and Customs Enforcement, who were engaged in official duties.

18 U.S.C. § 111(a)(1)

_Kelly O. Hayes /12_
Kelly O. Hayes
United States Attorney

Date: *12/15/25*

1