

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| *Victoria Liu* | *Suite 400* | *DIRECT: 410-209-4878* |
| *Assistant United States Attorney* | *36 S. Charles Street* | *MAIN: 410-209-4800* |
| *Victoria.Liu@usdoj.gov* | *Baltimore, MD 21201-3119* | |

March 26, 2026

**<u>Via ECF</u>**
Hon. Brendan A. Hurson
United States District Judge

      Re:     Status Report in *United States v. Elmer Cirilo Ortiz-Berduo, et al.*
              Criminal No. BAH-25-387

Dear Judge Hurson:

      We write to provide an update in this case. On December 16, 2025, the defendants were charged by information with one count of assaulting, resisting, or impeding certain officers or employees in violation of 18 U.S.C. § 111(a)(1).

      On March 3, 2026, the Government filed a second motion to exclude time pursuant to the Speedy Trial Act that provided an update to the Court that Defendant Ortiz-Berduo had been removed from the United States and that Defendant Martinez-Montenegro had not yet appeared for an immigration hearing but was scheduled to appear on March 9, 2026.  The Court ordered a status report for March 11, 2026 and the government subsequently reported that Defendant Martinez-Montenegro was pending removal after his March 9, 2026 hearing.  The Court then ordered a second status report for March 27, 2026.

      Defendant Martinez-Montenegro was removed from the United States on March 18, 2026. The government still does not intend to move forward with trial in this case and a motion to dismiss is forthcoming.

      Please let us know if any additional information would be helpful for the Court.

Very truly yours,

*Victoria Liu*    Digitally signed by VICTORIA LIU
Date: 2026.03.26 10:25:14 -04'00'

Victoria Liu
Assistant United States Attorney

CC:  AFPD Jessica Sawadogo, Esq.
      Mr. Christopher Nieto, Esq.