**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**ELMER CIRILO ORTIZ-BERDUO, ANDERSON JOSUE MARTINEZ-MONTENEGRO,**<br><br>**Defendants.** | **CRIMINAL NO. BAH-25-387** |

**<u>GOVERNMENT'S MOTION TO DISMISS</u>**

The United States of America, by and through undersigned counsel, and pursuant to Fed. R. Crim. P. 48(a) and in the exercise of its prosecutorial discretion, and for good cause, hereby moves to dismiss without prejudice the Information (ECF No. 29). In the above-captioned case, Defendant Ortiz-Berduo was removed from the United States on or about February 20, 2026 and Defendant Martinez-Montenegro was removed from the United States on or about March 18, 2026.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

Digitally signed by VICTORIA LIU
Date: 2026.05.01 10:17:14 -04'00'

Victoria Liu
Assistant United States Attorney

It is so ORDERED, this ______ day of May 2026. The Information (ECF No. 29) charging the above-captioned Defendants in the instant matter is hereby dismissed without prejudice.

______________________________
Honorable Brendan A. Hurson
United States District Judge

**CERTIFICATE OF SERVICE**

I CERTIFY that the foregoing was filed with the Court via CM/ECF and electronic copy sent to all parties in the case.

Digitally signed by VICTORIA LIU
Date: 2026.05.01 10:17:36 -04'00'

Victoria Liu
Assistant United States Attorney